427 A.2d 264

Commonwealth v. Golson, Appellant.

Submitted December 6, 1979. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

427 A.2d 265

Commonwealth v. Loncaric, Appellant.

Submitted November 16, 1979. John P. Liekar, for appellant; David Posner, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.